IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01461-BNB

MICHAEL HOWARD McCoy,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 3 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Michael Howard McCoy, initiated this action by filing an "Emergency Motion to Sue 42 USC 1983" and a document titled "Rules of Appellate Procedure" with the Court on June 22, 2010.

In an order filed on June 22, 2010, Magistrate Judge Boyd N. Boland ordered Mr. McCoy to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. McCoy was directed to submit a Prisoner Complaint on the Court-approved form. Mr. McCoy was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The June 22 order warned Mr. McCoy that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On June 29, 2010, Mr. McCoy filed several documents with the Court, including a "Motion under Rule 59(a)(1)," a "Motion to the Federal District Court," and a letter. Mr. McCoy, however, has failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the June 22 Order. Therefore, Mr. McCoy has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Michael Howard McCoy, to comply with the order to cure dated June 22, 2010. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  2nd  day of  August , 2010.

BY THE COURT:

 s/Philip A. Brimmer 
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01461-BNB

Michael H. McCoy
c/o Rosemary McCoy
107 Phyllis Lane #34
Pikeville, KY 41501-3792

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/3/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk